Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(559) 264-2800
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Michelle Lingenfelter,<br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>    Defendant. | CASE NO.1:12-cv-00047-LJO-SKO<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

    IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is June 6, 2012. The new due date will be July 6, 2012.  The scheduling order should be modified accordingly.

Dated: June 6, 2012                      /s/ Sengthiene Bosavanh

                                                SENGTHIENE BOSAVANH, ESQ.
                                                Attorney for Plaintiff

Dated: June 6, 2012                      BENJAMIN B. WAGNER
                                                United States Attorney


                                                By: /s/David W. Lerch
                                                (as authorized via e-mail)
                                                DAVID W. LERCH
                                                Special Assistant United States Attorney

**ORDER**

    Pursuant to the parties' stipulation, Plaintiff's requested extension of time to serve the confidential brief is extended until July 6, 2012.  As such, the schedule is modified as

1  follows:

| Event | Deadline |
|---|---|
| Service of Plt.'s Confidential Brief | July 6, 2012 |
| Service of Def. Conf. Brief | August 13, 2012 |
| Plaintiff's Opening Brief | September 17, 2012 |
| Defendant's Responsive Brief | October 22, 2012 |
| Plaintiff's Reply Brief | November 9, 2012 |

IT IS SO ORDERED.

**Dated:**   **June 7, 2012**                              /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE