IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MICHELLE LINGENFELTER, | CASE NO. 5:13-cv-00101 EJD |
|---|---|
| Plaintiff(s), | **SECOND ORDER REQUIRING DEFENDANT TO REPRODUCE RECORD** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

On August 27, 2013, this court issued an order requiring Defendant to "reproduce a paper copy of the record and deliver it to clerk's office at the San Jose Courthouse on or before September 13, 2013," and further required Defendant to "file an additional Notice of Lodging of the paper record on or before that same date." See Docket Item No. 27.

As of this date, Defendant has not complied with the court's prior order by filing a Notice of Lodging which confirms delivery of the paper record to the San Jose Courthouse. Accordingly, the court *again* orders that Defendant shall reproduce a paper copy of the record and deliver it to clerk's office at the San Jose Courthouse on or before **September 27, 2013**, and shall file an additional Notice of Lodging of the paper record on or before that same date. Defendant is advised that failure to comply with this order may result in the issuance of an Order to Show Cause.

**IT IS SO ORDERED.**

Dated: September 17, 2013

EDWARD J. DAVILA
United States District Judge